Submitted on record and appellant's brief January 27, reversed and remanded February 7, 1978

DENNIS RALPH WILLIAMS, *Petitioner,*
*v.*
OREGON STATE PENITENTIARY, *Respondent.*
(No. 07-77-160, CA 9054)
574 P2d 363

Gary D. Babcock, Public Defender, and Robert C. Cannon, Deputy Public Defender, Salem, filed the brief for petitioner.

James A. Redden, Attorney General, Al J. Laue, Solicitor General, and Kent B. Thurber, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Thornton and Joseph, Judges.

PER CURIAM.

**PER CURIAM.**

The state confesses error.

Reversed and remanded.